UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL M. TAYLOR,<br><br>    Petitioner,<br><br>    v.<br><br>F. FIGUEROA, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 15-01187-VBF (PJW)<br><br>JUDGMENT |

    Pursuant to the contemporaneously issued Order Referring Second or Successive Habeas Corpus Petition to the U.S. Court of Appeals for the Ninth Circuit, Dismissing Said Habeas Corpus Petition Without Prejudice for Lack of Subject-Matter Jurisdiction, and Denying a Certificate of Appealability,

    IT IS ADJUDGED that this action is dismissed *without* prejudice.

DATED: July 13, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE